UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:25-cv-1229

| | | |
|---|---|---|
| LEE TODD AND ANGELA TODD, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SAMPSON COUNTY, NORTH | ) | |
| CAROLINA, SAMPSON COUNTY | ) | |
| DEPARTMENT OF SOCIAL SERVICES | ) | |
| DIRECTOR SARAH BRADSHAW 2021, | ) | |
| SAMPSON COUNTY DEPARTMENT OF | ) | |
| SOCIAL SERVICES CPS | ) | |
| INVESTIGATOR SUPERVISOR | ) | |
| SENIKKA CALDEWLL, SAMPSON | ) | |
| COUNTY DEPARTMENT OF SOCIAL | ) | |
| SERVICES FOSTER CARE | ) | |
| SUPERVISOR JUANIA NICOLE | ) | |
| KORNEGAY, SAMPSON COUNTY | ) | |
| DEPARTMENT OF SOCIAL SERVICES | ) | |
| CPS FOSTER CARE SUPERVISOR | ) | **NOTICE OF REMOVAL** |
| SHARICE ZACHARY HOGGARD, | ) | |
| SAMPSON COUNTY DEPARTMENT OF | ) | |
| SOCIAL SERVICES CPS FOSTER CARE | ) | |
| CASE WORKER TROY LEE LOVE, | ) | |
| SAMPSON COUNTY DEPARTMENT OF | ) | |
| SOCIAL SERVICES CPS FOSTER CARE | ) | |
| CASE WORKER LATOSHIA MCLEAN | ) | |
| JOHNSON, SAMPSON COUNTY | ) | |
| DEPARTMENT OF SOCIAL SERVICES | ) | |
| CPS ADOPTION SUPERVISOR TRACY | ) | |
| BOOTH STARLING, SAMPSON | ) | |
| COUNTY DEPARTMENT OF SOCIAL | ) | |
| SERVICES CPS ADOPTION CASE | ) | |
| WORKER LATOSHIA MCLEAN | ) | |
| JOHNSON, SAMPSON COUNTY | ) | |
| DEPARTMENT OF SOCIAL SERVICES | ) | |
| CPS CASE WORKER AND NOTARY | ) | |
| PUBLIC KAYTRIC HERRING, | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that the defendants designated in the Complaint as Sampson County, North Carolina and Sampson County Employees, Sarah Bradshaw, Senikka Caldewll [sic], Juanita Nicole Kornegay, Sharice Zachary Hoggard, Troy Lee Love, Latoshia McLean Johnson Tracy Booth Starling, and Kaytric Herring ("Defendants"), through counsel, respectfully remove the above-entitled action from the Superior Court Division of Sampson County, North Carolina, to the United States District Court for the Eastern District of North Carolina (Southern Division), pursuant to 28 U.S.C. § 1331, § 1441(a) and § 1446(b)(2) based upon federal question jurisdiction.

In support of this Notice of Removal, the Defendants state as follows:

1.     This action is being removed by Defendants to Federal Court based on federal question jurisdiction in that this action arises under the Constitution and laws of the United States.

2.     On or about May 15, 2025, Plaintiffs Lee and Angela Todd filed a civil action in the Superior Court Division of Sampson County, North Carolina, entitled: "*Lee and Angela Todd v. Sampson County, North Carolina et al.,*" Court File No. 25CV001721-810. The Plaintiffs caused a summons to be issued to "Sampson County Admin." A copy of the Complaint, Summons, and Sampson County docket are attached as Exhibit A.

3.     Defendant Sampson County, North Carolina was served with the Summons directed to "Sampson County Admin" and the Complaint on May 23, 2025. No summonses were issued to the other defendants listed on the Complaint.

4.     All named defendants are represented in this action by the undersigned counsel. All defendants consent to the removal of this action to federal court.

5.     Federal jurisdiction is founded upon 28 U.S.C. § 1331 and § 1441(a) because this case involves claims arising under the Constitution of the United States and federal civil rights laws including 42 U.S.C. § 1983, which are federal questions.

6.      As set out in the Complaint, Plaintiffs seek money damages arising from the "gross negligence, reckless misconduct, and civil rights violations committed by Sampson County, North Carolina, and its employees working within the Department of social Services (DSS), in connection with Child Protective Services (CPS) investigations that resulted in profound harm to the plaintiff and the children involved." Plaintiffs assert violations of their Fourth and Fourteenth Amendment rights, as well as violating their federal constitutional rights pursuant to 42 U.S.C. § 1983 and 1985. Plaintiffs claim for violations of their constitutional rights include "actions that led to wrongful arrest, detention, and deprivation of civil rights, including due process violation, represent breaches of constitutional duties." In addition, Plaintiffs' claim for "Civil Rights Violations (42 U.S.C. § 1983 and 1985)" sets out that "Defendants deprived Plaintiffs and children of their constitutional rights to due process, equal protection, and freedom from unreasonable search and seizure. The conduct was undertaken under color of law and with reckless disregard for constitutional protections." (*See* Complaint, Exhibit A.)

7.      The United States District Court would be acting within its discretion by exercising supplemental jurisdiction over the state claims asserted in the Complaint pursuant to 28 U.S.C. § 1367(a), which include negligence, malicious prosecution, and wrongful arrest.

8.      Based on federal question jurisdiction, the aforesaid state action may be removed by defendants to federal court pursuant to 28 U.S.C. § 1441(a).

9.      Defendants hereby file this Notice of Removal of this action from the aforesaid Superior Court Division in which it is now pending (Sampson County) to the United States District Court for the Eastern District of North Carolina (Southern Division).

4

10.     A copy of this Notice of Removal has been served and submitted for filing in the Office of the Clerk of Superior Court of Sampson County, North Carolina, as shown by the Notice attached as Exhibit B.

WHEREFORE, Defendants remove this from the Superior Court Division of Sampson County, North Carolina, to the United States District Court for the Eastern District of North Carolina (Southern Division).

This the 20th day of June, 2025.

CRANFILL SUMNER LLP

BY:     /s/ Steven A. Bader
        STEVEN A. BADER
        N.C. State Bar No. 55931
        E-mail:  sbader@cshlaw.com
        Post Office Box 27808
        Raleigh, North Carolina 27611-7808
        Telephone (919) 828-5100
        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2025, I electronically filed the foregoing ***Notice of***

***Removal*** with the Clerk of Court using the CM/ECF system, and will deposit the foregoing

documents in the US Mail addressed to the following pro se plaintiff:

> Lee Todd/Angela Todd
> 822 Juniper Drive
> Sanford, NC  27330
> *Pro Se Plaintiffs*

Respectfully submitted by:

BY:     /s/ Steven A. Bader
        STEVEN A. BADER
        N.C. State Bar No. 55931
        E-mail:  sbader@cshlaw.com
        Cranfill Sumner LLP
        Post Office Box 27808
        Raleigh, North Carolina 27611-7808
        Telephone (919) 828-5100
        *Attorneys for Defendants*